# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 45323

STATE OF IDAHO, ) 
            Plaintiff-Respondent, )  Filed: June 20, 2018 

v. )  Karel A. Lehrman, Clerk 

GRIGORIY ANATOLY KHARLAMOV, )  THIS IS AN UNPUBLISHED 
            Defendant-Appellant. )  OPINION AND SHALL NOT 
             )  BE CITED AS AUTHORITY 
  )

Appeal from the District Court of the First Judicial District, State of Idaho, Kootenai County. Hon. Lansing L. Haynes, District Judge.

Judgment of conviction and unified sentence of ten years with a minimum period of confinement of four years for operating a motor vehicle while under the influence, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; GUTIERREZ, Judge; 
and HUSKEY, Judge

---

PER CURIAM

      Grigoriy Anatoly Kharlamov pled guilty to felony operating a motor vehicle while under the influence. Idaho Code §§ 18-8004, 18-8005(9). The district court sentenced Kharlamov to a unified term of ten years with four years determinate. Kharlamov appeals asserting that the district court abused its discretion by imposing an excessive sentence.

      Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Kharlamov's judgment of conviction and sentence are affirmed.